# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 20-01336-MH3-7 | Trustee Name: | Michael Gigandet |
| --- | --- | --- | --- |
| Case Name: | WOODTEX OF TEXAS, LLC | Date Filed (f) or Converted (c): | 03/02/2020 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 04/27/2020 |
| | | Claims Bar Date: | 06/24/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Pinnacle financial Partners Checking 9800 | $1,149.00 | $1,149.00 | | $1,284.47 | FA |
| 2 | Security Deposit | $10,194.00 | $10,194.00 | | $0.00 | $10,194.00 |
| 3 | Finished Goods | $299,755.20 | $299,755.20 | | $0.00 | $299,755.20 |
| 4 | Tool Inventory and equipment | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 5 | Lease of improved real property at 4310 Lucius McCelvey Drive, Temple TX | $0.00 | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$321,098.20     $321,098.20     $1,284.47     $319,949.20

**Major Activities affecting case closing:**

04/15/2020    The trustee is working with the secured creditor and an auctioneer to arrange an auction sale of assets. The MOC is set for late April. The trustee has moved to consolidate four cases.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | **Current Projected Date Of Final Report (TFR):** | 12/31/2021 | /s/ MICHAEL GIGANDET |
| --- | --- | --- | --- | --- |
| | | | | MICHAEL GIGANDET |